Case 1:17-cv-22387-FAM   Document 3   Entered on FLSD Docket 06/27/2017   Page 1 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Southern District of Florida

| | |
|---|---|
| JAKE RYAN BUTTERS<br><br>*Plaintiff(s)*<br>v.<br><br>5 DIAMOND MANAGEMENT & REAL ESTATE, LLC,<br>and EDUARDO BLANCO<br>*Defendant(s)* | Civil Action No. 1:17-cv-22387-FAM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    5 DIAMOND MANAGEMENT & REAL ESTATE, LLC
    17687 NW 78th Ave,
    Hialeah, FL 33015

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Robert John McCaffery Jr.
    Law Offices of Robert McCaffery, P.A.
    1090 Kane Concourse, Suite 206
    Bay Harbor Islands, FL 33154

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/27/2017



Steven M. Larimore
Clerk of Court

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

JAKE RYAN BUTTERS

*Plaintiff(s)*

v.   Civil Action No. 1:17-cv-22387-FAM

5 DIAMOND MANAGEMENT & REAL ESTATE, LLC,

and EDUARDO BLANCO

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Eduardo Blanco
> 17687 NW 78th Ave,
> Hialeah, FL 33015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert John McCaffery Jr.
> Law Offices of Robert McCaffery, P.A.
> 1090 Kane Concourse, Suite 206
> Bay Harbor Islands, FL 33154

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/27/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts